# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON HANJI PARK, | 1:09-cv-01511-JLT HC |
| Petitioner, | ORDER DISREGARDING AS MOOT PETITIONER'S MOTION TO CORRECT |
| v. | THE RECORD (Doc. 19) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1, Attach. 2).

Petitioner filed his petition on January 28, 2009 in the United States District Court for the Central District of California. (Doc. 1). On August 25, 2009, the case was transferred to this Court from the Central District. (Doc. 10). On January 6, 2010, the Court ordered Respondent to file a response. (Doc. 16). In that order, the Court, for jurisdictional purposes only, characterized Petitioner's claim as one is which "Petitioner contends that the Bureau of Prisons has wrongfully computed his sentence by failing to credit him for *eight* months' time served in state custody prior to issuance of a federal arrest warrant and detainer."

On January 21, 2010, apparently fearful that the Court did not fully understand Petitioner's contentions, Petitioner filed the instant motion to "correct" the record, in which Petitioner explained

1  that he is actually seeking twelve months credit, rather than merely eight months credit.  (Doc. 19, p.
2  1).  On March 10, 2010, before the Court could respond to Petitioner's motion to correct the record,
3  Respondent filed an answer to the petition addressing Petitioner's contention that Respondent has
4  miscalculated his credits, thereby denying him *twelve* months' credits.  (Doc. 25).   Thus, neither
5  Respondent nor the Court has misapprehended the amount of credits Petitioner is contending have
6  been wrongfully denied to him by Respondent.
7      Because Respondent has already addressed the merits of Petitioner's claim of wrongful denial
8  of twelve months' credits, and because the Court is fully aware of the amount of credits Petitioner
9  claims are due to him, Petitioner's motion to "correct" the record is moot and will be disregarded.

**ORDER**

11     Accordingly, the Court HEREBY ORDERS that Petitioner's motion to correct the record
12  (Doc. 19), is DISREGARDED as MOOT.

14  IT IS SO ORDERED.
15  Dated:   **June 24, 2010**                              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE